IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OWEN KNIGHT, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:14-cv-08169<br>) |
| BLATT, HASENMILLER, LEIBSKER & MOORE, LLC and MIDLAND FUNDING LLC, | ) Judge Charles R. Norgle, Sr.<br>)<br>) Mag. Judge Maria Valdez |
| Defendants. | )<br>)<br>) |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COMES Defendant Midland Funding, LLC ("Midland"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(c), respectfully moves for judgment on the pleadings, on the grounds that Plaintiff fails to state a claim on which relief can be granted. Midland incorporates herein by reference the arguments made and the authorities cited in Blatt, Hasenmiller, Leibsker & Moore, LLC's Memorandum of Law in support of its Motion for Judgment on the Pleadings. (DE # 23).

WHEREFORE, Midland Funding, LLC respectfully requests that this Court enter an order dismissing Plaintiff's complaint with prejudice, awarding Midland its costs and fees incurred herein, and entering such further relief as is just, proper, and necessary.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/*Katherine H. Tresley*
_____

_____
Katherine H. Tresley
Attorney for Defendant
MIDLAND FUNDING LLC
David M. Schultz
Katherine H. Tresley
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone:  312-704-3000
Facsimile:   312-704-3001
dschultz@hinshawlaw.com
ktresley@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** was electronically filed with the Clerk of the Court using the CM/ECF system on April 8, 2015, which constitutes service on all counsel of record.

*/s/ Katherine H. Tresley*